**Bryon E. YOUNG, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 74872.**

Missouri Court of Appeals,
Western District.

Dec. 26, 2012.

Jessica P. Meredith, Jefferson City, MO, for appellant.

Craig A. Johnston, Columbia, MO, for respondent.

Before Division Two: LISA WHITE HARDWICK, Presiding Judge, JAMES M. SMART, JR. and KAREN KING MITCHELL, Judges.

## ORDER

PER CURIAM.

Bryon Young appeals the denial of his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. He contends the motion court erred in accepting his guilty plea to first-degree involuntary manslaughter because no factual basis existed for the plea. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment denying post-conviction relief.

AFFIRMED. Rule 84.16(b).